Submitted on record and briefs February 1, reversed and remanded
March 19, 2008

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TRAVIS LEE HAGUEWOOD,
*Defendant-Appellant.*

Umatilla County Circuit Court
CFH050213; A132663

180 P3d 136

Peter Gartlan, Chief Defender, Office of Public Defense Services, Legal Services Division, and Ernest G. Lannet, Deputy Public Defender, filed the briefs for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Paul L. Smith, Assistant Attorney-in-Charge, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim and Sercombe, Judges.

PER CURIAM

Reversed and remanded. *State v. Marroquin*, 215 Or App 330, 168 P3d 1246 (2007).